**Margie P. SHEPHARD, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 53636.**

Missouri Court of Appeals,
Western District.

June 30, 1997.

Jeannie Arterburn Willibey, Assistant Appellate Defender, Kansas City, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Gregory L. Barnes, Assistant Attorney General, Jefferson City, for respondent.

Before ELLIS, P.J., and LOWENSTEIN and HOWARD, JJ.

### ORDER

PER CURIAM:

Margie P. Sheppard appeals from the denial of her Rule 24.035 motion for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

**Kim M. DIMMITT and Robin F. Dimmitt, Appellants,**

v.

**METROPOLITAN PROPERTY AND CASUALTY INSURANCE COMPANY, Respondent.**

**No. WD 53005.**

Missouri Court of Appeals,
Western District.

June 30, 1997.

Kevin K. Anderson, Anderson & Milholland, Harrisonville, for appellants.

Chad K. Gillam, Wallace, Saunders, Austin, Brown and Enochs, Kansas City, for respondent.

Before BRECKENRIDGE, P.J., and SMART and EDWIN H. SMITH, JJ.

### ORDER

PER CURIAM:

Kim and Robin Dimmitt appeal from the trial court's order entering summary judgment in favor of Metropolitan Property and Casualty Insurance Company (Metropolitan). The Dimmitts claim that the trial court erred in its order because there was a genuine issue of material fact as to whether the loss of Mr. Dimmitt's diamond ring was covered by their homeowners' insurance policy with Metropolitan. The Dimmitts allege that the provisions of the policy concerning coverage for personal property are ambiguous.

Because, as a matter of law, the unambiguous provisions of the Metropolitan policy do not afford coverage for the Dimmitt's loss, the judgment of the trial court is affirmed. Rule 84.16(b).